# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17-cv-123

| | |
|---|---|
| ROBERT BARON DUFFY and ROBERT LOUIS GARY, ) ) ) Plaintiffs, ) ) vs. ) ) FACEBOOK INC., WAYNE HAWKINS, ) And JAMES SWENSON, ) ) Defendants. ) ) | ORDER |

**THIS MATTER** is before the Court on Julie Fosbinder's Application for Admission to Practice *Pro Hac Vice* of Sonya L. Smallets. It appearing that Sonya L. Smallets is a member in good standing with the California State Bar and will be appearing with Julie Fosbinder, a member in good standing with the Bar of this court, that all admission fees have been paid, and the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Julie Fosbinder's Application for Admission to Practice Pro Hac Vice (#38) of Sonya L. Smallets is GRANTED,

and that Sonya L. Smallets is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Julie Fosbinder.

Signed: May 16, 2017

Dennis L. Howell
United States Magistrate Judge