THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00123-MR-DLH

| | | |
|---|---|---|
| ROBERT BARON DUFFY and ROBERT LOUIS GARY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) ) | **O R D E R** |
| FACEBOOK, INC., WAYNE HAWKINS, and JAMES SWENSON, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

This action was filed in the United States District Court for the Northern District of California on November 22, 2016. [Doc. 1]. Defendant Wayne Hawkins filed an Answer on February 27, 2017. [Doc. 25]. Defendants Facebook, Inc. ("Facebook") and James Swenson ("Swenson") were served and filed a motion to transfer venue. [Doc. 26]. On May 4, 2017, the Northern District of California granted the Defendants' motion and transferred the action to this District. [Doc. 33]. The docket sheet notes that answers were due from Facebook and Swenson on May 22, 2017. As of the

date of this Order, however, Facebook and Swenson have yet to file an answer, and the Plaintiffs appear to have made no effort to prosecute this action further against these Defendants.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiffs shall file an appropriate motion or otherwise take further action with respect to Defendants Facebook, Inc. and James Swenson.  **The Plaintiffs are advised that failure to take such further action may result in the dismissal of the Plaintiffs' claims against these Defendants.**

**IT IS SO ORDERED.**

Signed: June 7, 2017

Martin Reidinger
United States District Judge