THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:17-cv-00123-MR-DLH

| | |
|---|---|
| ROBERT LOUIS GARY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FACEBOOK, INC. and WAYNE )<br>HAWKINS, )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Amended Consent Motion to File under Seal Exhibits, Deposition Excerpts and Portions of His Brief [Doc. 87].

The Plaintiff moved for leave to file under seal certain exhibits, deposition excerpts, and portions of his memoranda in opposition to the Defendants' motions for summary judgment. [Doc. 77]. The Plaintiff filed its memorandum and supporting exhibits under provisional seal, along with redacted versions of each document. [Docs. 78-83]. The Court denied the Plaintiff's motion without prejudice, noting that the Plaintiff had failed to provide sufficient grounds upon which the Court could make such a decision

for each of the documents submitted in support of his response to the Defendants' motions for summary judgment. [Doc. 84].

The Plaintiff now renews his motion to seal. [Doc. 87]. In his motion, the Plaintiff states that he no longer seeks leave to file under seal documents containing personnel information and investigative materials related to the Plaintiff's complaints. [Id. at 2]. The Plaintiff, however, fails to identify which of the documents that have already been provisionally filed under seal he wishes to keep under seal.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Consent Motion to File under Seal Exhibits, Deposition Excerpts and Portions of His Brief [Doc. 87] is **DENIED WITHOUT PREJUDICE**. When the Plaintiff renews his motion, he should specifically identify, by ECF Document number, which documents he wishes to file under seal.

**IT IS SO ORDERED.**

Signed: July 24, 2018

Martin Reidinger
United States District Judge