# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ROBERT LOUIS GARY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00123-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| FACEBOOK, INC. and WAYNE HAWKINS, | ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 25, 2018 Memorandum of Decision and Order.

July 25, 2018

_____

Frank G. Johns, Clerk
United States District Court