IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:17-CV-00123-MR-WCM

| | |
|---|---|
| ROBERT LOUIS GARY,<br><br>      Plaintiff,<br><br>v.<br><br>FACEBOOK, INC. and WAYNE HAWKINS,<br><br>      Defendants. | STIPULATION OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Robert Louis Gary and Defendants Facebook, Inc. and Wayne Hawkins stipulate that this action is hereby dismissed with prejudice, with the parties to bear their own costs.

This 23rd day of February, 2021.

*s/ Julie H. Fosbinder*
Julie H. Fosbinder
FOSBINDER LAW OFFICE
840 Seneca Place
Charlotte, NC 28210
jhanfos2@gmail.com

*Attorney for Plaintiff*


*s/ Charles E. Johnson*
Charles E. Johnson
N.C. Bar No. 9890
cejohnson@robinsonbradshaw.com
Angelique Vincent-Hamacher
N.C. Bar No. 29547
avincent@robinsonbradshaw.com
Amanda P. Nitto

N.C. Bar No. 45158
anitto@robinsonbradshaw.com
**ROBINSON, BRADSHAW & HINSON, P.A.**
101 N. Tryon St., Ste. 1900
Charlotte, North Carolina 28246
Telephone: 704.377.2536
Facsimile: 704.378.4000

Phyllis A. Jones (*pro hac vice*)
pajones@cov.com
**COVINGTON & BURLING, LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Telephone: (202) 662-5868
Facsimile: (202) 778-5868

*Attorneys for Defendants Facebook, Inc.*


*s/ Wayne Hawkins*
Wayne Hawkins (Pro Se)
317 Aqua Drive
Forest City, NC 28043
waynehawkins@sbcglobal.net

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send e-mail notification to the following:

>Charles E. Johnson
>cejohnson@robinsonbradshaw.com
>Angelique Vincent-Hamacher
>avincent@robinsonbradshaw.com
>Amanda R. Pickens
>apickens@robinsonbradshaw.com
>Robinson, Bradshaw & Hinson, P.A.
>101 North Tryon Street, Suite 1900
>Charlotte, NC 28246
>
>Phyllis A. Jones (*pro hac vice*)
>pajones@cov.com
>**COVINGTON & BURLING, LLP**
>One CityCenter
>850 Tenth Street NW
>Washington, DC 20001
> Counsel for Defendant Facebook

And, I hereby certify that I served the following party by e-mail:

>Wayne Hawkins
>317 Aqua Drive
>Forest City, NC 28043
>waynehawkins@sbcglobal.net

>*s/ Julie H. Fosbinder*
>Julie H. Fosbinder

13739481v1